UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child,<br>      PLAINTIFF,<br><br>v.<br><br>RODNEY W. MEADOWS,<br>J.B. HUNT TRANSPORT, INC., and<br>D.G. LOGISTICS, INC., jointly and severally,<br><br>      DEFENDANTS. | C.A. No.: 05-207<br><br>TRIAL BY JURY OF<br>TWELVE DEMANDED |

## ALIAS PRAECIPE

PLEASE ISSUE ALIAS SUMMONS AND COMPLAINT upon Brandywine Process Servers for service of process through the Secretary of State pursuant to 10 Del. C. § 3112, upon the following corporation:

Rodney W. Meadows
602 Farmers Lane
Vinton, VA 24179

SILVERMAN, McDONALD & FRIEDMAN

By: _____
Robert C. McDonald, Esquire
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Bar I.D. No.: 2340
Attorney for Plaintiff