AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

David M. Sellers, as next friend
and parent of Anna Sellers, a minor
child,
      V.  Plaintiff,

Rodney W. Meadows, J.B. Hunt Transport,
Inc., and D.G. Logistics, Inc.,
jointly and severally.
              Defendants.

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-207

TO: (Name and address of Defendant)

    J.B. Hunt Transport, Inc.
    4000 South Council Road
    Oklahoma City, OK  73179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert C. McDonald, Esquire
    Silverman, McDonald & Friedman
    1010 N. Bancroft Parkway, Suite 22
    Wilmington, DE  19805

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                           4-15-05

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 4/19/05 |
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED; J. B. HUNT TRANSPORT, INC. C/O DEL. SEC. OF STATE, TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN (PROCESS AGENT)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/05
                    Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

ALSO SERVED
AMENDED COMPLAINT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure