UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child,<br>PLAINTIFF,<br><br>v.<br><br>RODNEY W. MEADOWS,<br>J.B. HUNT TRANSPORT, INC., and<br>D.G. LOGISTICS, INC., jointly and severally,<br><br>DEFENDANTS. | :<br>:<br>:<br>:<br>:<br>:  C.A. No.: 05-207 JJR<br>:<br>:  TRIAL BY JURY OF<br>:  TWELVE DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

I, Robert C. McDonald, am attorney for the Plaintiffs, David M. Sellers and Anna Sellers.

This affidavit is made on behalf of the Plaintiffs in accordance with the provisions of 10 Del. C. § 3111 as amended is filed as an amendment to the Complaint.

The Defendant, J. B. Hunt Transport, Inc., is upon information and belief an Oklahoma Corporation, with its principal place of business located at 4000 South Council Road, Oklahoma City, OK 73179.

On the 25th day of April, 2005, a notice, a copy of which is attached hereto as Exhibit "A", and incorporated by reference as if more fully set forth, was sent by registered mail, return receipt requested, to the address set forth above. On the 2nd day of May, 2005, the return receipt number **RA 122 443 697 US**, which is attached hereto as Exhibit "B" and incorporated by reference as if more fully set forth, was received by the Plaintiff evidencing that the Complaint

was received on the 29th day of April, 2005, by Defendant, J. B. Hunt Transport, Inc.

Silverman, McDonald & Friedman

_____
Robert C. McDonald, Esquire
Bar I.D. No. 2340
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900

SWORN TO AND SUBSCRIBED before me this 4th day of May, 2005.

_____
Notary Public
My Commission Expires:

BRIAN E. LUTNESS, ESQUIRE
NOTARIAL OFFICER PURSUANT TO
29 DEL. C., SECTION 4323 (a)(3)