UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child,<br>　　　　PLAINTIFF,<br><br>　　　v.<br><br><br><br>RODNEY W. MEADOWS,<br>J.B. HUNT TRANSPORT, INC., and<br>D.G. LOGISTICS, INC., jointly and severally,<br><br>　　　　DEFENDANTS. | :<br>:<br>:<br>:<br>:<br>:　C.A. No.: 05-207 JJR<br>:<br>:　TRIAL BY JURY OF<br>:　TWELVE DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT

STATE OF DELAWARE　　:
　　　　　　　　　　　: SS.
NEW CASTLE COUNTY　　:

I, Robert C. McDonald, am attorney for the Plaintiffs, David M. Sellers and Anna Sellers.

This affidavit is made on behalf of the Plaintiffs in accordance with the provisions of 10 Del. C. § 3111 as amended is filed as an amendment to the Complaint.

The Defendant, D.G. Logistics, Inc., is, upon information and belief, a Tennessee corporation, whose principal place of business is located at 100 Mission Ridge Road, Goodlettsville, Tennessee, 37072.

On the 25th day of April, 2005, a notice, a copy of which is attached hereto as Exhibit "A", and incorporated by reference as if more fully set forth, was sent by registered mail, return receipt requested, to the address set forth above. On the 6th day of May, 2005, the return receipt number **RA 122 443 683 US**, which is attached hereto as Exhibit "B" and incorporated by reference as if more fully set forth, was received by the Plaintiff evidencing that the Complaint

was received on the 2nd day of May, 2005, by Defendant, D.G. Logistics, Inc.

                          Silverman, McDonald & Friedman

                          _____
                          Robert C. McDonald, Esquire
                          Bar I.D. No. 2340
                          1010 N. Bancroft Parkway, Suite 22
                          Wilmington, DE 19805
                          (302) 888-2900

SWORN TO AND SUBSCRIBED before me this 9th day of May, 2005.

                          _____
                          Notary Public
                          My Commission Expires:

                                        BRIAN E. LUTNESS, ESQUIRE
                                        NOTARIAL OFFICER PURSUANT TO
                                        29 DEL. C., SECTION 4323 (a)(3)