```
              UNITED STATES DISTRICT COURT
            IN AND FOR THE DISTRICT OF DELAWARE
```

DAVID M. SELLERS, as next friend )
and parent of ANNA SELLERS, a    )
minor child,                     )
                                 )
        Plaintiffs,               )    C.A. No. 05-207
                                 )
    v.                            )    JURY TRIAL DEMANDED
                                 )
RODNEY W. MEADOWS,               )
J.B. HUNT TRANSPORT, INC. and    )
D.G. LOGISTICS, INC., jointly    )
and severally,                   )
                                 )
        Defendants.               )

**ENTRY OF APPEARANCE**

TO:   Clerk of the Court
      District Court, District of Delaware
      844 North King Street
      Wilmington, DE 19801

PLEASE ENTER THE APPEARANCE of Beth H. Christman, Esquire, Casarino, Christman & Shalk, P.A., as attorney for defendant, D. G. Logistics, Inc. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or statute of limitations defects which may be available, and to answer, object or otherwise plead.

                              /S/Beth H. Christman
                              BETH H. CHRISTMAN, ESQ.
                              I.D. No. 2107
                              Casarino, Christman & Shalk, P.A.
                              800 N. King Street, Suite 200
                              P.O. Box 1276
                              Wilmington, DE 19899
                              (302) 594-4500
                              Attorney for Defendant
                              D. G. Logistics, Inc.

DATED: May 11, 2005

**CERTIFICATE OF SERVICE**

    I, BETH H. CHRISTMAN, hereby certify that I have served by CM/ECF electronic filing on this ___11th___ day of ___May___, 2005, true and correct copies of the attached Entry of Appearance, addressed to:

Robert C. McDonald, Esq.
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

 

/S/Beth H. Christman
BETH H. CHRISTMAN, ESQ.
I.D. No. 2107
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant