# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child,
    PLAINTIFF,

v.

RODNEY W. MEADOWS, J.B. HUNT TRANSPORT, INC., and D.G. LOGISTICS, INC., jointly and severally,
    DEFENDANTS.

C.A. No.: 05-207 JJF

TRIAL BY JURY OF TWELVE DEMANDED

## AFFIDAVIT

STATE OF DELAWARE : SS.
NEW CASTLE COUNTY :

I, Robert C. McDonald, am attorney for the Plaintiffs, David M. Sellers and Anna Sellers.

This affidavit is made on behalf of the Plaintiffs in accordance with the provisions of 10 Del. C. § 3111 as amended is filed as an amendment to the Complaint.

The Defendant, Rodney W. Meadows, is, upon information and belief, a resident of the State of Virginia, residing at 602 Farmer Lane, Vinton, Virginia 24179.

On the 25th day of April, 2005, a notice, a copy of which is attached hereto as Exhibit "A", and incorporated by reference as if more fully set forth, was sent by registered mail, return receipt requested, to the address set forth above. On the 31st

day of May, 2005, the return receipt number **RA 122 443 670 US**, which is attached hereto as Exhibit "B" and incorporated by reference as if more fully set forth, was returned "unclaimed" by Defendant Meadows.

On the 1st day of June, 2005, a notice, a copy of which is attached hereto as Exhibit "C", and incorporated by reference as if more fully set forth, was sent by registered mail, return receipt requested, to the address set forth above. On the 13th day of June, 2005, the return receipt number **RA 122 443 808 US**, which is attached hereto as Exhibit "D" and incorporated by reference as if more fully set forth, was received by the Plaintiff evidencing that the Complaint was received on the 11th day of June, 2005, by Defendant, Rodney W. Meadows.

SILVERMAN McDONALD & FRIEDMAN

_____
Robert C. McDonald, Esquire
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 888-2900
Bar I.D. No. 2340

**SWORN TO AND SUBSCRIBED** before me this 16 day of June, 2005.

_____
Notary Public
My Commission Expires: 10-19-07



Exhibit "A"

# SILVERMAN, McDONALD & FRIEDMAN
### Attorneys at Law

Michael I. Silverman*  
Robert C. McDonald  
Jeffrey Friedman***  
Brian E. Lutness**  
Donna Schnitzler, RN  
Lynn A. Iannone†

1010 North Bancroft Parkway  
Suite 22  
Wilmington, Delaware 19805

(302) 888-2900  
Telecopier:  
(302) 888-2923

*Also Admitted in PA.  
**Also Admitted in NJ.  
***Also Admitted in Pa. & N.J.  
† Also Admitted in M.D.

April 25, 2005

Rodney W. Meadows  
602 Farmers Lane  
Vinton, VA 24179

Re: David M. Sellers, as next freind and parent of Anna Sellers, a minor child v. Rodney W. Meadows, J.B. Hunt Transport, Inc., and D.G. Logistics, Inc. jointly and severally  
Civil Action No.:05-207

Dear Mr. Meadows:

Pursuant to the provisions of 10 Del. C. §3112, I am enclosing a copy of the Process, Complaint and Amended Complaint with regard to the above-captioned action.

You are hereby notified that service of the original of such process has been served upon the Secretary of State of Delaware.

As you can see, these papers name you as a defendant in a civil action which has been initiated in the United States District Court in the District of Delaware. Under the provisions of Title 10, §3112, of the Delaware Code, such service is as effectual to all intents and purposes as if it has been made upon you personally within the State.

Very truly yours,

Robert C. McDonald

RCM/acp  
Enclosures  
REGISTERED MAIL NO. RA 122 443 670 US  
RETURN RECEIPT REQUESTED



Exhibit "B"

| Registered No. RA 122 443 808 US | | Date Stamp (Rodney Sq Sta Wilmington DE 19801, JUN USPS) |
|---|---|---|
| Reg Fee | | |
| Handling Charge | Return Receipt 1.75 | |
| Postage | Restricted Delivery | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited (See Reverse) |
| Customer Must Declare Full Value $ | ☒ With Postal Insurance ☐ Without Postal Insurance | |

FROM: Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington DE 19805

TO: Rodney W. Meadows
1602 Farmer Lane
Vinton, VA 24179

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Exhibit "C"

# SILVERMAN, McDONALD & FRIEDMAN
Attorneys at Law

Michael I. Silverman*
Robert C. McDonald
Jeffrey Friedman***
Brian E. Lutness**
Donna Schnitzler, RN
Lynn A. Iannone†

*Also Admitted in PA.
**Also Admitted in NJ.
***Also Admitted in Pa. & N.J.
† Also Admitted in M.D.

1010 North Bancroft Parkway
Suite 22
Wilmington, Delaware 19805

(302) 888-2900
Telecopier:
(302) 888-2923

June 1, 2005

Rodney W. Meadows
602 Farmer Lane
Vinton, VA 24179

Re: David M. Sellers, as next freind and parent of Anna Sellers, a minor child v. Rodney W. Meadows, J.B. Hunt Transport, Inc., and D.G. Logistics, Inc. jointly and severally
Civil Action No.:05-207

Dear Mr. Meadows:

Pursuant to the provisions of 10 Del. C. §3112, I am enclosing a copy of the Process, Complaint and Amended Complaint with regard to the above-captioned action.

You are hereby notified that service of the original of such process has been served upon the Secretary of State of Delaware.

As you can see, these papers name you as a defendant in a civil action which has been initiated in the United States District Court in the District of Delaware. Under the provisions of Title 10, §3112, of the Delaware Code, such service is as effectual to all intents and purposes as if it has been made upon you personally within the State.

Very truly yours,

Robert C. McDonald, Esquire

RCM/acp
Enclosures
Second Notice
REGISTERED MAIL NO. RA 122 443 808 US
RETURN RECEIPT REQUESTED

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>RECEIVED JUN 13 2005<br><br>1. Article Addressed to:<br>BY:<br>Rodney W Meadows<br>602 Farmer Lane<br>Vinton, VA 24179 | A. Signature<br>X _K Meadows_ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Rodney Meadows   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>[USPS VINTON VA postmark]<br><br>3. Service Type<br>☐ Certified Mail   ☒ Express Mail<br>☒ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)  RA 122 443 808 US | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

Exhibit "D"