IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS as next friend and parent of Anna Sellers, a minor child,<br><br>      Plaintiff,<br><br>      v.<br><br>RODNEY W. MEADOWS, J.B. HUNT TRANSPORT INC., D.G. LOGISTICS,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-207 JJF<br>:<br>:<br>:<br>:<br>:<br>: |

### O R D E R

WHEREAS, there has been no activity in the above-captioned matter since June 2005;

NOW THEREFORE, IT IS HEREBY ORDERED that counsel shall submit a status letter to the Court by **January 25, 2006**.

January 19, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE