# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH B BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
DONNA M. SCHNITZLER
BRIAN E. LUTNESS**
LYNN A. KELLY•
WILLIAM F. PRESTON, III**
ANDREA C. PANICO▫

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ
•ALSO ADMITTED IN MD
▫ADMITTED IN PA ONLY

January 25, 2006

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

RE: David M. Sellers and Anna Sellers v. Rodney W. Meadows, J.B. Hunt Transport, Inc., and D.G. Logistics, Inc.
C.A. No.: 05-207 JJF

Dear Judge Farnan:

I am writing to provide you with a case status in regard to the above captioned matter. To date, no answer has been filed by Defendants. However, I have been involved in informal settlement negotiations with counsel for the Defendants. I am currently awaiting updated medical records. Once I receive these records, I anticipate that the parties will be in a position to resolve this matter without any further judicial intervention. In the event that the parties are unable to resolve this matter, I would be happy to submit to Court ordered mediation.

In advance, I thank you for your assistance in this matter. Should you have any questions or concerns please do not hesitate to contact me.

Silverman, McDonald & Friedman
RE: Sellers v. Meadows, et al.
January 25, 2006
Page Two

Respectfully submitted,

Robert C. McDonald

RCM/acp
cc:   Beth H. Christman, Esq.
      Delia A. Clark, Esq.