# CASARINO, CHRISTMAN & SHALK, P.A.
### ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

RECEIVED JAN 25 2006

January 25, 2006

**HAND DELIVER**
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

  re: Sellers v. D. G. Logistics, et al.
    No. 05-207 JJF

Dear Judge Farnan:

  In response to Your Honor's Order of January 19, 2006, I represent Defendant D. G. Logistics, Inc. I have been advised by Plaintiff's attorney that Plaintiff is in negotiations with one of the defendants in hope of resolving the case. He has advised me that I may wait until those negotiations are concluded shortly before filing an Answer on behalf of my client.

  Of course, I will proceed as Your Honor orders further in this matter.

            Respectfully submitted,

            BETH H. CHRISTMAN

/mbl