# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

February 2, 2006

Robert C. McDonald, Esquire
Silverman, McDonald & Friedman
1010 North B Bancroft Parkway, Ste 22
Wilmington, DE 19805

Beth H. Christman, Esquire
Casarino, Christman & Shalk, P.A.
P. O. Box 1276
Wilmington, DE 19899

        RE:    Sellers v. Meadows, et al.
                Civil Action No. 05-207 JJF

Dear Counsel:

       I am in receipt of your January 25, 2006 letters regarding the current status of the above-captioned case. Accordingly, I request that counsel inform the Court of the status of this matter in sixty (60) days.

Sincerely,

*Joseph J. Farnan*

JOSEPH J. FARNAN, JR.

/dlk

cc:    Clerk, U.S. District Court