## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within captioned Answer was filed electronically and served via regular mail delivery on the below listed counsel for plaintiffs.

Robert McDonald
Silverman & McDonald
1010 Bancroft Parkway
Wilmington, DE  19805

Beth H. Christman
Casarino, Christman & Shalk
800 North King Street
Suite 200
PO Box 1276
Wilmington, DE  19899

RAWLE & HENDERSON LLP

__/s/ Delia A. Clark_____
Delia A. Clark

Date:  July 17, 2006

1325285 v.1