# United States District Court

DISTRICT OF __DELAWARE__

PLAINTIFF

DAVID M. SELLERS, as next friend
and parent of ANNA SELLERS, a
minor child

v. DEFENDANT AND THIRD PARTY PLAINTIFF

RODNEY W. MEADOWS
J.B. HUNT TRANSPORT, INC. and
D.G. LOGISTICS, INC.,

v. THIRD PARTY DEFENDANT

LACY E. HOLLY, as Administrator of
the Estate of Tina M. Sellers

**THIRD PARTY SUMMONS IN
A CIVIL ACTION**

CASE NUMBER: 05-207(JJF)

To: Name and Address of Third Party Defendant

LACY E. HOLLY, as Administrator of
the Estate of Tina M. Sellers
603 Main Street
Odessa, DE 19730

YOU ARE HEREBY SUMMONED and required with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Robert McDonald<br>Silverman & McDonald<br>1010 Bancroft Parkway<br>Wilmington, DE 19805 | Delia A. Clark<br>Rawle & Henderson, LLP<br>300 Delaware Ave. – Suite 1015<br>Wilmington, DE 19801 |

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third party plaintiff is demanding judgment against *you* in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of third-party plaintiff.

PETER T. DALLEO
_____
CLERK

_____
BY) DEPUTY CLERK

JUL 2 0 2006
_____
DATE

1329107 v.1

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Date: July 20, 2006 at 3:00 PM |
| Name of Server: Ontry Patten | Title: Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served  603 Main St., Odessea, DE  19730

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 21, 2006

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Address of Server
Wilmington, DE  19806

---

[1]    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
1329107 v.1