UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child,<br>        Plaintiffs,<br>   v.<br>RODNEY W. MEADOWS,<br>J.B. HUNT TRANSPORT, INC. and<br>D.G. LOGISTICS, INC., jointly and severally,<br>        Defendants. | C.A. No. 05-207<br>JURY TRIAL DEMANDED |
| RODNEY W. MEADOWS<br>J.B. HUNT TRANSPORT, INC. and<br>D.G. LOGISTICS, INC.,<br>        Third-Party Plaintiffs<br>   v.<br>LACY E. HOLLY, as Administrator of the Estate of Tina M. Sellers<br>        Third-Party Defendant | |

**WITHDRAWAL OF APPEARANCE**

Beth H. Christman, Esq. withdraws the appearance made on behalf of D. G. Logistics, Inc. on May 12, 2005 as Delia A. Clark, Esq. will now represent D. G. Logistics, Inc. as evidenced by the Answer and Third-Party Complaint filed by her on July 17, 2006.

                                                                /S/Beth H. Christman
                                                             BETH H. CHRISTMAN, ESQ.
                                                             I.D. No. 2107
                                                             Casarino, Christman & Shalk, P.A.
                                                             800 N. King Street, Suite 200
                                                             P.O. Box 1276
                                                             Wilmington, DE 19899
                                                             (302) 594-4500

Date:   September 5, 2006

## **CERTIFICATE OF SERVICE**

      I, BETH H. CHRISTMAN, hereby certify that I have served by CM/ECF electronic filing on this   5th    day of  September       , 2006, true and correct copies of the attached Withdrawal of Appearance, addressed to:

Robert C. McDonald, Esq.
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805

Delia A. Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue - Suite 1015
Wilmington, DE 19801

                                            /S/Beth H. Christman
                                            BETH H. CHRISTMAN, ESQ.
                                            I.D. No. 2107
                                            Casarino, Christman & Shalk, P.A.
                                            800 N. King Street, Suite 200
                                            P.O. Box 1276
                                            Wilmington, DE 19899
                                            (302) 594-4500