UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child :<br>  Plaintiff : | C.A. No. 05-207(JJF) |
| v. :<br>RODNEY W. MEADOWS :<br>J.B. HUNT TRANSPORT, INC. and :<br>D.G. LOGISTICS, INC., :<br>  Defendants : | TRIAL BY JURY OF TWELVE DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 26, 2006, Defendants, Rodney E. Meadows, J.B. Hunt Transport, Inc. and D.G. Logistics, Inc., by and through undersigned counsel, served **Interrogatories Directed to Plaintiffs, and Defendant's First Request for Production of Documents** on counsel in the manner indicated below:

Robert C. McDonald
Silverman and McDonald
1010 N. Bancroft Parkway
Wilmington, DE 19805

Dated: September 26, 2006        RAWLE AND HENDERSON LLP
Wilmington, Delaware

/s/ Delia A. Clark
Delia A. Clark (No. 3337)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
(302) 778-1200

Attorney for Defendants Rodney W. Meadows, J.B. Hunt Transport, Inc. and D.G. Logistics, Inc.