## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of Defendant's Interrogatories Directed to Plaintiff and Defendant's Request for Production of Documents Directed to Plaintiffs, were served via first-class mail, postage prepaid, on the following:

>   Robert C. McDonald
>   Silverman & McDonald
>   1010 N. Bancroft Parkway
>   Wilmington, DE 19805

>   RAWLE AND HENDERSON, LLP

>   _____
>   Delia A. Clark

Dated: 9/26/06