UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child<br>　　　　Plaintiff<br><br>　　　v.<br>RODNEY W. MEADOWS<br>J.B. HUNT TRANSPORT, INC. and<br>D.G. LOGISTICS, INC.,<br>　　　　Defendants | :<br>:<br>:　C.A. No. 05-207(JJF)<br>:<br>:<br>:<br>:　TRIAL BY JURY OF<br>:　TWELVE DEMANDED<br>:<br>:<br>: |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on October 17, 2006, Defendants, Rodney E. Meadows, J.B. Hunt Transport, Inc. and D.G. Logistics, Inc., by and through undersigned counsel, served **Second Set of Interrogatories Directed to Plaintiffs** on counsel in the manner indicated below:

**Robert C. McDonald
Silverman and McDonald
1010 N. Bancroft Parkway
Wilmington, DE 19805**

Dated: October 17, 2006　　　　　　　RAWLE AND HENDERSON LLP
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　/s/ Delia A. Clark
　　　　　　　　　　　　　　　　　　Delia A. Clark (No. 3337)
　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1015
　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　　　　　(302) 778-1200

　　　　　　　　　　　　　　　　　　Attorney for Defendants Rodney W.
　　　　　　　　　　　　　　　　　　Meadows, J.B. Hunt Transport, Inc. and
　　　　　　　　　　　　　　　　　　D.G. Logistics, Inc.