UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. SELLERS, as next friend and parent of ANNA SELLERS, a minor child<br>    Plaintiff<br><br>v.<br>RODNEY W. MEADOWS<br>J.B. HUNT TRANSPORT, INC. and<br>D.G. LOGISTICS, INC.,<br>    Defendants | :<br>:<br>:<br>:  C.A. No. 05-207(JJF)<br>:<br>:<br>:  TRIAL BY JURY OF<br>:  TWELVE DEMANDED<br>:<br>:<br>: |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 9, 2006, Defendants, Rodney E. Meadows, J.B. Hunt Transport, Inc. and D.G. Logistics, Inc., by and through undersigned counsel, served **Third Set of Interrogatories Directed to Plaintiffs** on counsel in the manner indicated below:

                      **Robert C. McDonald**
                      **Silverman and McDonald**
                      **1010 N. Bancroft Parkway**
                      **Wilmington, DE 19805**

Dated: November 9, 2006
       Wilmington, Delaware

RAWLE AND HENDERSON LLP

/s/ Delia A. Clark
Delia A. Clark (No. 3337)
300 Delaware Avenue, Suite 1015
Wilmington, Delaware 19801
(302) 778-1200

Attorney for Defendants Rodney W. Meadows, J.B. Hunt Transport, Inc. and D.G. Logistics, Inc.