# SILVERMAN McDONALD & FRIEDMAN
*Attorneys at Law*

1010 NORTH B BANCROFT PARKWAY
SUITE 22
WILMINGTON, DELAWARE 19805

MICHAEL I. SILVERMAN*
ROBERT C. McDONALD
JEFFREY S. FRIEDMAN†
DONNA M. SCHNITZLER
BRIAN E. LUTNESS**
LYNN A. KELLY●
WILLIAM F. PRESTON, III**
ANDREA C. PANICO□

TELEPHONE:
(302) 888-2900

TELECOPIER:
(302) 888-2902

*ALSO ADMITTED IN PA
**ALSO ADMITTED IN NJ
†ALSO ADMITTED IN PA AND NJ
●ALSO ADMITTED IN MD
□ADMITTED IN PA ONLY

February 28, 2007

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Loxbox 27
Wilmington, DE 19801

    RE:    David M. Sellers and Anna Sellers v. Rodney W. Meadows, J.B. Hunt
Transport, Inc., and D.G. Logistics, Inc.
C.A. No.: 05-207 JJF

Dear Judge Farnan:

    With regard to the above captioned matter, I am pleased to inform the Court that the parties have resolved their differences. Presently we are awaiting documentation to prepare and present a Minor's Compromise in the Chancery Court of the State of Delaware. The petition should be filed and considered by the Court within the next 30 days. I have every reason to anticipate approval of the settlement but until the order is entered, I am requesting the Court to excuse the parties from their obligation to prepare and submit a proposed pretrial scheduling order, due on March 9, 2007.

    Assuming for the moment, my request is granted, I will promptly notify the Court when the petition is considered and ruled upon.

    Should the Court have any questions or concerns please do not hesitate to contact me.

Silverman, McDonald & Friedman
RE: Sellers v. Meadows, et al.
February 28, 2007
Page Two

                                                Respectfully submitted,

                                                /s/Robert C. McDonald (2340)

RCM/acp
cc:    Beth H. Christman, Esq.
        Delia A. Clark, Esq.