IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DAVID M. SELLERS, as next friend   :
and parent of Anne Sellers, a      :
minor child;                       :
                                   :
        Plaintiff,                 :
                                   :
        v.                         : Civil Action NO. 05-207-JJF
                                   :
RODNEY W. MEADOWS, J.B. HUNT       :
TRANSPORT INC., D.G. LOGISTICS,    :
                                   :
        Defendants.                :
```

O R D E R

WHEREAS, the Court has been informed that the parties have reached a resolution of this matter, pending approval of the settlement by the Chancery Court of the State of Delaware;

NOW THEREFORE IT IS HEREBY ORDERED that:

1. The above-captioned action is **DISMISSED**.

2. Any party may seek leave to vacate this Order and reopen this action if the settlement is not consummated.

March 21, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE